IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                  **CAUSE NO. 1:19-cr-107-LG-RPM-1**

**LAMAR MCDONALD**

### ORDER DENYING MOTIONS

**BEFORE THE COURT** are two *pro se* [315] [316] Motions filed by Defendant, Lamar McDonald, in this matter. After a week-long jury trial in April 2021, Defendant was convicted on five counts of drug-related offenses and sentenced to 360 months' total imprisonment, eight years' total supervised release, and a special assessment totaling $500.00. Defendant appealed his conviction and sentence to the United States Court of Appeals for the Fifth Circuit, which affirmed the judgment. *United States v. McDonald*, No. 22-60073, 2023 WL 2474222 (5th Cir. Mar. 13, 2023). Defendant appealed to the United States Supreme Court, which denied certiorari on October 2, 2023. *See McDonald v. United States*, No. 22-7906, --- S.Ct. ---, 2023 WL 6378473 (Oct. 2, 2023). Defendant has thereby exhausted direct appellate review in this matter which is now closed.

On October 27, 2023, Defendant filed a *pro se* [315] Motion in which he misrepresents that he is "currently on Direct Appeal"; he seeks "a copy of [his] entire Discovery Packet; as well as any and all other related documents." Defendant also filed another *pro se* [316] Motion "requesting a copy of [his] Docket SHEET in its entirety." (*See* Mots., ECF Nos. 315, 316). "A federal prisoner is not entitled to obtain copies of court records at government expense for purposes of

searching the record for possible error." *United States v. Howell*, No. 6:07CR042(01)-C, 2009 WL 10708649, at *2 (N.D. Tex. Dec. 2, 2009) (citing *Walker v. United States*, 424 F.2d 278 (5th Cir. 1970) (affirming district court's refusal to furnish federal prisoner with copies of court records and noting that "[h]e has no appeal pending, nor has he filed or attempted to file a motion to vacate sentence pursuant to 28 U.S.C.A. § 2255, or a petition for a writ of habeas corpus in the District Court")). Similarly, Defendant in this case has exhausted all channels of direct appellate review and has not filed any motion for postconviction relief. He is not entitled to a copy of court records at government expense for the purpose of sifting through such records for possible error. The Motions are denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [315] [316] Motions are **DENIED.**

**SO ORDERED AND ADJUDGED** this the 2nd day of November, 2023.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE